IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RALPH REYES,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, M.D., et al.,<br><br>      Defendants. | Case No.: C 13-0620 CW (PR)<br><br>ORDER DENYING REQUEST FOR EXTENSION OF TIME AS UNNECESSARY<br><br>(Docket no. 13) |

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), filed this pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by prison officials and medical staff at PBSP.

    By order filed May 30, 2013, the Court found Plaintiff's claims cognizable and directed Defendants to file an answer to the complaint and a dispositive motion. Defendants filed their answer on July 12, 2013; they have not yet filed a dispositive motion. According to the briefing schedule set by the Court, their dispositive motion is due no later than thirty days from the date the answer was filed.

    Plaintiff now moves for an extension of time to file a response to the answer. No response to the answer is required. The next filing deadline Plaintiff must meet is the filing of an opposition to Defendants' dispositive motion no later than twenty-eight days after the date on which Defendants' motion is filed.

    Accordingly, Plaintiff's request for an extension of time is DENIED as unnecessary.

    This Order terminates Docket no. 13.

    IT IS SO ORDERED.

Dated: 8/7/2013

                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE