KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
WILFRED FONG
Deputy Attorney General
State Bar No. 154303
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2114
 Fax: (510) 622-2121
 E-mail: Wil.Fong@doj.ca.gov
*Attorneys for Defendants M. Sayre, M.D., C.*
*Williams, M.D., J. Torrance and J. Walker*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL RALPH REYES,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL C. SAYRE, M.D.; C. WILLIAMS, M.D.; J. TORRANCE, Medical Appeals Coordinator; J. WALKER, Chief; and JOHN DOE,**<br><br>Defendants. | C 13-0620 CW (PR)<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:      Honorable Claudia Wilken<br>Trial Date:<br>Action Filed:   February 13, 2013 |

The parties hereby submit the following stipulation and proposed order for a 90-day extension of time for defendants Michael Sayre, M.D., C. Williams, M.D., J. Torrance and J. Walker to file motions for summary judgment in this action.

This stipulation is made on the grounds that plaintiff Gabriel Reyes is now represented by counsel Anne Weills, Siegel & Yee, 499 – 14th Street, Suite 300, Oakland, CA 94612, and additional time is needed for counsel to prepare this matter for anticipated motions for summary judgment by the defendants.

1

1   The parties agree that a 90-day extension of time is reasonable for the parties to prepare this

2   matter for motions for summary judgment. The parties propose that the defendants' motions for

3   summary judgment be filed by December 6, 2013, that plaintiff's opposition be filed by January

4   10, 2014, and defendants' reply be filed by January 24, 2014.

5       No prior requests for extensions of time have been made in this matter.

6   SO STIPULATED.

7

8   Dated: September 4, 2013                    SIEGEL & YEE

9                                               /s/

10                                              _____
                                                ANNE B. WEILLS, ESQ.
11                                              *Attorney for Plaintiff*

12  /
    Dated: September 4, 2013                    KAMALA D. HARRIS
13                                              Attorney General of California
                                                JEFFREY R. VINCENT
14                                              Supervising Deputy Attorney General

15                                              /s/

16
                                                _____
17                                              WIL FONG
                                                Deputy Attorney General
18                                              *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that the defendants' motions for summary judgment shall be filed by December 6, 2013; the plaintiff's opposition to the motions for summary judgment shall be filed by January 10, 2014; and the defendants' reply briefs shall be filed by January 24, 2014.

Dated: _____9/5/2013_____

HONORABLE CLAUDIA WILKEN
United States District Judge

OK2013901646
90340166.doc

Stipulation and (Proposed) Order Extending Time for Defendants to File MSJs  (C 13-0620 CW (PR))