IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RALPH REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL. C. SAYRE, M.D., et al.,<br><br>    Defendants. | Case No.: C 13-0620 CW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>Doc. no. 33 |

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by Defendants. Defendants have filed four separate motions for summary judgment. Plaintiff has requested an extension of time, to February 6, 2014, to file his oppositions.

    Good cause appearing, the motion is granted. Plaintiff shall file his opposition by February 6, 2014. Although Defendants have filed separate motions, Plaintiff shall file one opposition addressing the claims in the four motions. Defendants shall file one reply to Plaintiff's opposition.

    This Order terminates docket number 33.

    IT IS SO ORDERED.

Dated: 1/6/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE