IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIEL RALPH REYES,

    Plaintiff,

    v.

MICHAEL SAYRE, MD, et al.,

    Defendants.

No. C 13-0620 CW (PR)

JUDGMENT

For the reasons discussed in the Court's Order granting Defendants' motions for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff. All parties shall bear their own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 9/9/2014

CLAUDIA WILKEN
United States District Judge