UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL RALPH REYES,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.

Case No. 13-cv-00620-CW (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 30, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Gabriel Reyes, Pro Se

    (   ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Will Fong

    ( X ) Other: Peter Thyberg, California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled. A status hearing date is set for May 3, 2016 at 1:00 p.m. Parties may appear by phone by dialing 888-684-8852 and entering access code 1868782.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: March 30, 2016



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RALPH REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00620-CW　(NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Ralph Reyes ID: C-88996
CSP-SAC
P.O. Box 290066
Represa, CA 95671

Dated: March 30, 2016

　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3