UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GABRIEL RALPH REYES,

        Plaintiff,

   v.

MICHAEL C. SAYRE, et al.,

        Defendants.

Case No.  4:13-cv-00620-CW (NJV)

**ORDER DENYING MOTION FOR RESCHEDULING OF STATUS HEARING**

Re: Dkt. No. 59

     The court held a settlement conference with the parties on March 30, 2016, at which the case was settled.  (Doc. 53.)  The court set a status conference for May 3, 2016.  *Id.*  The court continued that status conference to May 17, 2016.  (Doc. 55.)  On April 22, 2016, District Judge Wilken granted the stipulation of the parties to dismiss this case.  (Doc. 57.)  Accordingly, the court vacated the status conference set for May 17, 2016.  (Doc. 58.)

     On May 31, 2016, Plaintiff filed a motion requesting the court to reschedule the status conference.  (Doc. 59.)  This case, however, has been dismissed pursuant to the parties' stipulation, and the court did not retain jurisdiction to enforce the settlement agreement.  The court therefore has no authority to hold a hearing in this case.  The court does ask Defense Counsel to facilitate compliance with the terms of the settlement agreement.  However, the court must  DENY Plaintiff's motion.

**IT IS SO ORDERED**.

Dated:  June 14, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge